# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION

### CIVIL NO. 1:05CV49

| | |
|---|---|
| CAPITOL RECORDS, INC.; ARISTA RECORDS, LLC; ELECTRA ENTERTAINMENT GROUP INC.; UMG RECORDINGS, INC.; WARNER BROS. RECORDS, INC.; and SONY BMG MUSIC ENTERTAINMENT, )<br><br>Plaintiffs, )<br><br>Vs. )<br><br>BARBARA McKINNEY, )<br><br>Defendant. ) | **O R D E R** |

**THIS MATTER** is before the Court upon the Plaintiffs' motion for admission *pro hac vice* of Charles H. Cooper, to appear as counsel in this matter, filed September 29, 2005.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that Plaintiffs' motion is **ALLOWED**, and Charles H. Cooper is hereby granted special admission to the bar of this Court upon the payment of the admission fee of **ONE HUNDRED DOLLARS ($100.00)** to the Clerk of this Court within ten (10) days of the filing of this Order.

**Signed: October 3, 2005**

Lacy H. Thornburg
United States District Judge